UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H-20-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR29 JAM /TOF |
| v. | VIOLATIONS: |
| BRANDON BATISTE, a.k.a. "B," | 18 U.S.C. § 1201(c) (Kidnapping Conspiracy) |
| and | |
| CALVIN ROBERSON, a.k.a. "Cutty" | 18 U.S.C. § 1201(a) (Kidnapping Resulting in Death) |
| | 18 U.S.C. § 924(j)(1) (Firearm-Related Murder) |
| | 18 U.S.C. § 844(h)(1) (Using Fire to Commit a Federal Felony) |
| | 18 U.S.C. § 1512(c) (Obstruction of Justice) |
| | 18 U.S.C. § 2312 (Interstate Transportation of a Stolen Motor Vehicle) |
| | 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) |
| | 18 U.S.C. § 922(n) (Receipt of a Firearm while Under Indictment) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges:

1

## COUNT ONE
(Kidnapping Conspiracy)

1. Beginning on or about December 1, 2020, and continuing until December 26, 2020, in the District of Connecticut and elsewhere, the defendants BRANDON BATISTE, a.k.a. "B," and CALVIN ROBERSON, a.k.a. "Cutty," along with others known and unknown to the Grand Jury, did knowingly and willfully conspire and agree together and with others known and unknown to the Grand Jury, to unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold Francisco Roman, Jr. for the purpose of killing Francisco Roman, Jr., and in committing and in furtherance of the commission of the offense, to willfully transport Francisco Roman, Jr. in interstate commerce from the Commonwealth of Massachusetts to the State of Connecticut.

2. It was part of the conspiracy that BATISTE, ROBERSON, and others known and unknown to the Grand Jury, concealed and hid, and caused to be concealed and hidden, the existence of, and acts done in furtherance of, the conspiracy.

### Overt Acts

3. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed and caused to be committed in the District of Connecticut and elsewhere:

   a. On or about December 24, 2020, BATISTE and ROBERSON caused Francisco Roman, Jr. to leave his apartment in Chicopee, Massachusetts.

   b. On or about December 24, 2020, BATISTE and ROBERSON handcuffed, and caused Francisco Roman, Jr. to be handcuffed.

c. On or about December 24, 2020, BATISTE and ROBERSON placed Francisco Roman, Jr., and caused Francisco Roman, Jr. to be placed, into the rear compartment of Francisco Roman, Jr.'s 2010 Acura ZDX.

d. On or about December 24, 2020, BATISTE and ROBERSON shot, and caused Francisco Roman, Jr. to be shot, at least three times, including in Francisco Roman, Jr.'s head, torso, and left shoulder.

e. On or about December 24, 2020, and December 25, 2020, BATISTE and ROBERSON transported Francisco Roman, Jr., and caused Francisco Roman, Jr. to be transported, across state lines from Massachusetts to Connecticut in Francisco Roman, Jr.'s 2010 Acura ZDX.

f. On or about December 25, 2020, BATISTE and ROBERSON removed, and caused to be removed, the license plates from Francisco Roman, Jr.'s 2010 Acura ZDX.

g. On or about December 25, 2020, BATISTE and ROBERSON parked, and caused to be parked, Francisco Roman, Jr.'s 2010 Acura ZDX, with Francisco Roman, Jr. inside, on a public street in Hartford, Connecticut.

h. On or about December 26, 2020, BATISTE used fire, and caused fire to be used, to burn Francisco Roman, Jr.'s 2010 Acura ZDX, with Francisco Roman, Jr. still inside.

All in violation of Title 18, United States Code, Section 1201(c).

## COUNT TWO
(Kidnapping Resulting in Death)

4. On or about and between December 24 and 26, 2020, in the District of Connecticut and elsewhere, the defendants BRANDON BATISTE, a.k.a. "B," and CALVIN ROBERSON,

a.k.a. "Cutty," did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold Francisco Roman, Jr. for the purpose of killing Francisco Roman, Jr., and in committing or in furtherance of the commission of the offense, did willfully transport Francisco Roman, Jr. in interstate commerce from the Commonwealth of Massachusetts to the State of Connecticut, and the death of Francisco Roman, Jr. did result.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

## COUNT THREE
(Firearm-Related Murder)

5. On or about December 24, 2020, in the District of Connecticut, and elsewhere, the defendants BRANDON BATISTE, a.k.a. "B," and CALVIN ROBERSON, a.k.a. "Cutty," did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, kidnapping resulting in death as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), and in the course of that crime did cause the death of Francisco Roman, Jr. through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), in that the defendants, with malice aforethought did unlawfully kill, and did aid and abet one another in the killing of, Francisco Roman, Jr. by shooting him multiple times with the firearm willfully, deliberately, maliciously, and with premeditation, and did knowingly and intentionally cause the death of Francisco Roman Jr. through the use of a firearm in the perpetration of kidnapping.

In violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## COUNT FOUR
(Using Fire to Commit Federal Felony)

6. On or about December 26, 2020, in the District of Connecticut, the defendant BRANDON BATISTE, a.k.a. "B," did knowingly use fire to commit any felony which may be prosecuted in a court of the United States, namely, the felony obstruction of justice charged in Count Five of this Indictment.

In violation of Title 18, United States Code, Section 844(h)(1).

## COUNT FIVE
(Obstruction of Justice)

7. On or about December 26, 2020, in the District of Connecticut, the defendant BRANDON BATISTE, a.k.a. "B," did knowingly, intentionally, and corruptly: (a) alter, destroy, mutilate and conceal a record, document and object, to wit: a 2010 Acura ZDX, bearing Vehicle Identification Number 2HNYB1H41H502307, its contents, and the body of Francisco Roman, Jr., and attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, that is a proceeding before a federal grand jury in the District of Connecticut relating to the unlawful killing and kidnapping of Francisco Roman, Jr. (the "Kidnapping-Murder Investigation"), including the offenses charged in Counts One, Two, and Three; and (b) obstruct, influence and impede an official proceeding, that is, the Kidnapping-Murder Investigation, and attempt to do so.

In violation of Title 18, United States Code, Sections 1512(c)(1) and (2).

## COUNT SIX
(Interstate Transportation of a Stolen Motor Vehicle)

8. On or about and between December 24 and 25, 2020, in the District of Connecticut and elsewhere, the defendants BRANDON BATISTE, a.k.a. "B," and CALVIN ROBERSON, a.k.a. "Cutty," did unlawfully and knowingly transport in interstate commerce a stolen motor

5

vehicle, namely, a 2010 Acura ZDX, bearing Vehicle Identification Number 2HNYB1H41H502307, from the Commonwealth of Massachusetts to the State of Connecticut, knowing that the vehicle was stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT SEVEN
(Unlawful Possession of a Firearm by a Felon)

9. On or about February 11, 2021, in the District of Connecticut, the defendant CALVIN ROBERSON, a.k.a. "Cutty," having been, and knowing that he had been, convicted in the Superior Court of the Commonwealth of Massachusetts of a crime punishable by a term of imprisonment exceeding one year, namely: (a) Armed Robbery, in violation of Mass. Gen. Laws ch. 265, § 17; (b) Assault and Battery with a Dangerous Weapon, in violation of Mass. Gen. Laws ch. 265, § 15A(b); (c) Armed Assault with Intent to Rob, in violation of Mass. Gen. Laws ch. 265, § 18; and (d) Illegal Possession of a Firearm, in violation of Mass. Gen. Laws ch. 269, § 10(a), all on or about April 15, 2008, did knowingly possess a loaded firearm in and affecting commerce, namely, one Smith & Wesson, model SD9VE, .40 caliber semi-automatic pistol, bearing serial number FWU4158 which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT EIGHT
(Unlawful Receipt of a Firearm while Under Indictment)

10. On or about February 11, 2021, in the District of Connecticut, the defendant CALVIN ROBERSON, a.k.a. "Cutty," who was then knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: illegal possession of a firearm, in violation of Mass. Gen. Laws ch. 269, § 10(a) in *Commonwealth v. Calvin Roberson*, Hampden Superior Court Indictment No. 18-459-1, dated September 25, 2018, did willfully receive a loaded

firearm, that is, one namely, one Smith & Wesson, model SD9VE, .40 caliber semi-automatic pistol, bearing serial number FWU4158, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

A TRUE BILL

/s/

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY

ANGEL M. KRULL
ASSISTANT UNITED STATES ATTORNEY